**McELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone:  (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDRE GOULD and MEREDITH GOULD,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., D/B/A NEW ENGLAND COMPOUNDING CENTER, et al.,<br><br>Defendants. | ) CIVIL ACTION NO. 1:12-cv-07725-RMB-JS<br>)<br>)<br>)<br>)<br>) **AMERIDOSE, LLC'S CORPORATE**<br>) **DISCLOSURE STATEMENT**<br>)<br>)<br>)<br>) |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the

following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns

10% or more of Ameridose's stock.

Dated this 3rd day of January, 2013.

/s/ Walter F. Timpone
Walter F. Timpone
Walter R. Krzastek
McElroy, Deutsch, Mulvaney & Carpenter,
LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Phone:         973.425.8701
Fax:            973.425.0161
wtimpone@mdmc-law.com
wkrzastek@mdmc-law.com
*Attorneys for Defendant Ameridose, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a copy of the foregoing has been filed with the Clerk of Courts on

January 3, 2013 using the ECF system that sent notification of this filing to all ECF-registered

counsel of record via e-mail generated by the Court's ECF system.


*/s/ Walter F. Timpone*
Walter F. Timpone
*Attorney for Defendant Ameridose, LLC*

2