## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

ANDRE GOULD and MEREDITH GOULD,　　　　:
　　　　　　　　　　　　　　　　　　　　　: CIVIL ACTION NO. 1:12-cv-07725-RMB-JS
　　　　Plaintiffs　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
NEW ENGLAND COMPOUNDING PHARMACY,　　:
INC., d/b/a NEW ENGLAND COMPOUNDING　:
CENTER, AMERIDOSE, LLC and ALAUNUS　　:
PHARMACEUTICAL, LLC; PREMIER　　　　　:
ORTHOPAEDIC AND SPORTS MEDICINE　　　:
ASSOCIATES OF SOUTHERN NEW JERSEY, LLC,　:
also trading as PREMIER ORTHOPAEDIC　　:
ASSOCIATES; SOUTH JERSEY HEALTHCARE;　:
SOUTH JERSEY REGIONAL MEDICAL CENTER;　:
KIMBERLY YVETTE SMITH, M.D., a/k/a　　:
KIMBERLEY YVETTE SMITH-MARTIN, M.D.;　:
JOHN DOE CORPORATIONS (1-4);　　　　　:
and JOHN DOE(s), M.D. (1-3),　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　Defendants　　　　　　　　　　　:

## ORDER

AND NOW, this　　　　day of　　　　　　　, 2013, upon consideration of Plaintiffs'

Motion to Remand this case to the Superior Court of New Jersey, Law Division, Cumberland

County, it is hereby ORDERED and DECREED that said Motion is GRANTED.

The Clerk of this Court shall remand this case back to the Superior Court of New

Jersey, Law Division, Cumberland County pursuant to 28 U.S.C. § 1447(c).

It is further ORDERED that the Defendant, New England Compounding Pharmacy,

Inc., d/b/a New England Compounding Center, shall pay Plaintiffs the costs and attorneys'

fees that Plaintiffs have incurred in connection with the preparation of this Motion to

Remand, as well as any filing fees, upon application to this Court.

BY THE COURT:

_____

J.