# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

Camden Office                                    Date of proceeding: January 7, 2013

**JUDGE JOEL SCHNEIDER**

COURT REPORTER: Disc #552

**TITLE OF CASE:**                               DOCKET NO.  12-cv-7725(RMB)
GOULD et al
     v.
NEW ENGLAND COMPOUNDING
PHARMACY, INC. et al

**APPEARANCES:**
Michael Barrett & Mary Gidaro, Esqs. for Plaintiffs
Jay Blumberg, Esq. for Defendants Premier Orthopaedic & Sports Medicine Associates of Southern New Jersey, LLC, Premier Surgical Center and Smith, MD
Walter Krzastek and Matthew Morierty, Esqs. for Defendant Ameridose, LLC
Frederick Fern, Esq. for Defendants New England Compounding Pharmacy, Inc. and Alaunus Pharmaceutical, LLC
Stephen Grossman, Esq. for Defendants SJ Healthcare & SJ Regional Medical Center

**NATURE OF PROCEEDINGS:**
In-Person Status Conference held on the record.


                                        DEPUTY CLERK:    s/ Sarah Eckert


Time Commenced: 9:30 a.m.                Time Adjourned:   10:00 a.m.
**Total Time in Court:  30 mins.**

CC:  CHAMBERS