**Lawson & Weitzen, LLP**
88 Black Falcon Avenue
Boston, MA 02210
(617) 439-4990

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDRE GOULD and MEREDITH GOULD,<br><br>    Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC., d/b/a NEW ENGLAND<br>COMPOUNDING CENTER;<br>AMERIDOSE, LLC;<br>ALAUNUS PHARMACEUTICAL, LLC;<br>PREMIER ORTHOPAEDIC AND SPORTS<br>MEDICINE ASSOCIATES OF SOUTHERN<br>NEW JERSEY, LLC, also trading as<br>PREMIER ORTHOPAEDIC ASSOCIATES;<br>SOUTH JERSEY HEALTHCARE;<br>SOUTH JERSEY REGIONAL MEDICAL<br>CENTER;<br>KIMBERLEY YVETTE SMITH, M.D. a/k/a<br>KIMBERLEY YVETTE SMITH-MARTIN,<br>M.D.;<br>JOHN DOE(S) CORPORATIONS (1-4); and<br>JOHN DOE(S) M.D. (1-3),<br><br>    Defendants. | Civil Action No.:  1:12-cv-07725-RMB-JS<br><br><br><br>**CONSENT ORDER FOR<br>AN EXTENSION OF TIME TO RESPOND<br>TO PLAINTIFFS' AMENDED COMPLAINT** |

IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus

Pharmaceutical, LLC ("Alaunus") and Plaintiffs Andre Gould and Meredith Gould, that

Defendant Alaunus is hereby given an extension to February 22, 2013 to respond to Plaintiffs'

Amended Complaint.

-2-

Dated:  February 20, 2013

**LAWSON & WEITZEN, LLP**                          **SALTZ, MONGELUZZI, BARRETT &**
                                                  **BENDESKY, P.C.**

By: **/s/ Michele A.  Hunton**
Michele A. Hunton (NJ Bar # 01096)               By:_____**/s/ Mary T. Gidaro**_____
88 Black Falcon Avenue                            Mary T. Gidaro
Boston, MA 02210                                  Michael F. Barrett
(617) 439-4990                                    8000 Sagemore Drive
*mhunton@lawson-weitzen.com*                      Suite 8303
*Counsel for Defendants*                          Marlton, NJ 08053
*Alaunus Pharmaceutical, LLC*                     (856) 751-8383
                                                  *MGidaro@smbb.com*
                                                  *MBarrett@smbb.com*
                                                  *Counsel for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiffs' Amended Complaint was served via the Court's ECF notification system on this 20 day of February, 2013 to the counsel of record.

/s/ Michele A.  Hunton
Michele A. Hunton